**HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYL-VANIA, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2009–5020.

United States Court of Appeals, Federal Circuit.

Jan. 29, 2009.

Frederick H. Robinson, Miller & Chevalier, Chartered, Washington, DC, for Plaintiff–Appellee.

Bridget M. Rowan, Department of Justice, Washington, DC, for Defendant–Appellant.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).